```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOYSUDS, LLC,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :           22 Civ. 3781 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
                                                                       :
N.V. LABS, INC., doing business as REFORMA                             :
GROUP,                                                                 :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 27, 2022, N.V. Labs, Inc. ("Reforma") moved for judgment on the pleadings. Dkt. 27 ("Motion"). Then on July 15, 2022, JoySuds, LLC filed its First Amended Complaint, which moots the Motion. The Court therefore denies the Motion without prejudice.

On July 15, 2022, JoySuds also filed a letter-motion asking for leave to move to dismiss Reforma's Counterclaims. Dkt. 30. By July 25, 2022, the parties shall file a joint letter. That letter shall explain whether Reforma intends to file a new motion for judgment on the pleadings. That letter shall also provide a briefing schedule for JoySuds's motion to dismiss Reforma's Counterclaims. If Reforma intends to file a new motion for judgment on the pleadings, then the letter shall also provide a briefing schedule for that motion. In that case, the parties should propose the same briefing schedule for the cross-motions.

The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 27 and 30.

SO ORDERED.

Dated: July 18, 2022
New York, New York

JOHN P. CRONAN
United States District Judge