UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                               :

JOYSUDS, LLC,                                   :

                              Plaintiff,           :
                                             :             22 Civ. 3781 (JPC)
           -v-                                    :
                                             :             <u>ORDER</u>

N.V. LABS, INC.,                          :

                              Defendant.       :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendant N.V. Labs, Inc.'s letter motion for leave to file a partial summary judgment motion, Dkt. 55, and Plaintiff JoySuds, LLC's opposition to that letter motion, Dkt. 56. The parties are hereby ordered to attend a hearing on September 15, 2022, at 3:00 p.m., in order to discuss the proposed motion and the two currently pending motions before the Court. That hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                           JOHN P. CRONAN
                                                           United States District Judge