**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
JOYSUDS, LLC,
:
:
                  Plaintiff,     :          22-cv-3781 (JPC) (OTW)
:
        -against-           :          **ORDER**
:
N.V. LABS, INC., *doing business as* REFORMA  :
GROUP,
:
:
                  Defendant.
---------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court has reviewed ECF Nos. 60 and 63. The parties are directed to meet and confer to resolve their deposition disputes in good faith. Any issues not resolved shall be discussed at the October 18, 2022, status conference.

      The Clerk of Court is respectfully directed to close ECF 60.

      **SO ORDERED.**

                                                                         *s/ Ona T. Wang*

Dated: September 15, 2022                              **Ona T. Wang**
       New York, New York                       United States Magistrate Judge