**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JOYSUDS, LLC,

                  Plaintiff,

      -against-

N.V. LABS, INC., *doing business as* REFORMA GROUP,

                  Defendant.

-----------------------------------------------------------x

22-cv-3781 (JPC) (OTW)

**ORDER**

    **ONA T. WANG, United States Magistrate Judge:**

    The Court held a status conference in this matter on October 18, 2022.

    To the extent that either party wishes to file a letter motion to compel certain discovery, the motion shall be due **October 21, 2022**. Any opposition shall be due **October 28, 2022**. There shall be no replies.

    Defendant is directed to order a copy of the transcript for the October 18, 2022, status conference and to provide a copy of the transcript to each third party that has been served a subpoena to date. All other rulings were made on the record at the October 18 status conference. Counsel are directed to meet and confer in good faith and to construe, administer and employ the federal rules "to secure the just, speedy and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

The parties shall file a joint status letter on the last business Friday of each month, beginning **November 18, 2022.**

**SO ORDERED.**

Dated: October 19, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge