**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOYSUDS, LLC,

                   Plaintiff,

          -against-

N.V. LABS, INC., *doing business as* REFORMA GROUP,

                   Defendant.

------------------------------------------------------------x

22-cv-3781 (JPC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 79, 80, and 83. Plaintiff's application made in ECF 80 is **DENIED**. The parties are directed to meet and confer on a date for the production of documents referenced in ECF 79, and to inform the Court of the status of this issue in their next joint status letter.

The Clerk of Court is respectfully directed to close ECF Nos. 79 and 80.

**SO ORDERED.**

                                                       *s/ Ona T. Wang*
Dated: January 27, 2023                                **Ona T. Wang**
      New York, New York                 United States Magistrate Judge