**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JOYSUDS, LLC,

                Plaintiff,                    22-cv-3781 (JPC) (OTW)

       -against-                          **ORDER**

N.V. LABS, INC., *doing business as* REFORMA
GROUP,

                Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person status conference in this matter on May 18, 2023. Pursuant to directives given at the May 18 status conference, ECF 97 is **DENIED** as moot.

The parties are directed to meet and confer and produce documents to each other on the timeline discussed at the May 18 status conference. The parties shall file a joint letter by **June 16, 2023**, on any remaining discovery issues. The parties are directed to review the May 18 conference transcript for additional detail on the Court's rulings.

The Court will hold an in-person status conference in this matter on **Thursday, June 22, 2023,** at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by May 20, 2023.

Additionally, the parties' open motions to seal, ECF Nos. 98, 110, and 119, are **GRANTED** for the reasons stated in those motions.

Reforma's motion for leave to amend its counterclaims (ECF 109) remains pending.

The Clerk of Court is respectfully directed to close ECF Nos. 97, 98, 102, 103, 110, and 119.

**SO ORDERED.**

Dated: May 18, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge