

June 16, 2023

**MEMO ENDORSED.**

<u>By ECF</u>

Hon. Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *JoySuds, LLC v. N.V. Labs, Inc.,* No. 22-cv-03781

Dear Magistrate Judge Wang:

The parties submit this joint letter motion to adjourn the status conference currently scheduled for June 22, 2023, to the week of July 10, 2023, subject to the Court's availability.

At the status conference on May 18, 2023, Your Honor directed the parties to meet and confer, produce documents, and submit a joint letter regarding any remaining discovery issues. Further, Your Honor scheduled another in-person status conference for June 22, 2023.

As noted in our status letter of May 31, 2023, the parties agreed to exchange interrogatories directed to the pending discovery issues, and are reviewing and preparing documents for production. The parties have made progress, but there remain issues that have yet to be resolved. By mutual agreement, the parties have agreed to extend the document production date from June 16, 2023, to June 23, 2023, and to meet and confer following the document production.

In view of the foregoing, and to make the best use of the Court's time, the parties respectfully request that the Court adjourn the status conference currently scheduled for June 22, 2023, and reschedule it for the week of July 10, 2023, subject to the Court's availability. In advance of the conference, the parties will submit another status report and conference agenda.

Respectfully submitted,

32400 Telegraph Rd., Suite 103 | Bingham Farms, Michigan 48025
(248) 266-5879 | max@maxwellgoss.com
WWW.MAXWELLGOSS.COM

Magistrate Judge Ona T. Wang
June 16, 2023

**Application DENIED.**

/s/ Maxwell Goss
Maxwell Goss
*Attorney for N.V. Labs, Inc.*

**SO ORDERED.**

/s/ Anne Marie Bowler (w/ permission)
Anne Marie Bowler
*Attorney for JoySuds, LLC*

_____
Ona T. Wang                    6/20/23
U.S.M.J.

cc:   All counsel of record (*via ECF*)