**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOYSUDS, LLC,

                       Plaintiff,                    22-cv-3781 (JPC) (OTW)

        -against-                        **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                       Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on June 22, 2023. As discussed at the Conference, counsel are ordered to meet and confer in good faith on the Attorneys' Eyes Only designation Defendant seeks. If the parties cannot reach an agreement, they shall file a joint letter proposing a briefing schedule **by Friday, June 30, 2023**.

Document production shall be substantially, if not completely, finished **by Friday, September 1, 2023**. Fact discovery is extended to **Friday, September 29, 2023**. As directed at the conference, any discovery disputes over the summer shall be raised by joint letter. Letter writing campaigns are strongly discouraged.

Other rulings were made on the record at the status conference.

The Court will hold a status conference on **Tuesday, October 10, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated: June 22, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge