UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOYSUDS, LLC,  :
:
Plaintiff,  :
: 22 Civ. 3781 (JPC) (OTW)
-v-  :
: ORDER
N.V. LABS, INC. d/b/a REFORMA GROUP,  :
:
Defendant.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court plans to construe Defendant N.V. Labs, Inc.'s pre-motion letter seeking leave to file a motion to amend, Dkt. 109, as a motion to amend itself. In the event Defendant wishes to submit additional briefing in support of that motion, it shall notify the Court by June 29, 2023, in which case the Court will set an expedited briefing schedule. Otherwise, the Court is prepared to rule on the motion.

SO ORDERED.

Dated: June 26, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge