UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                              :

JOYSUDS, LLC,

                       Plaintiff,

                      22 Civ. 3781 (JPC) (OTW)

    -v-

                      ORDER

N.V. LABS, INC. d/b/a REFORMA GROUP,

                    Defendant.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 30, 2023 the Court allowed Defendant to submit a brief in support of its motion for leave to amend and stated that upon reviewing the brief it would determine whether further briefing was necessary.  Dkt. 137.  By August 8, 2023, Plaintiff shall file its brief in opposition.  By August 15, 2023, Defendant shall file any reply.

      SO ORDERED.

Dated: July 25, 2023
       New York, New York

                                                         JOHN P. CRONAN
                                               United States District Judge