**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

JOYSUDS, LLC,

                Plaintiff,　　　　　22-cv-3781 (JPC) (OTW)

      -against-　　　　　　　　　　**ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 10, 2023. As discussed at the conference:

- Defendant is directed to provide the list of "Target custodians" to Plaintiff **by Friday, October 13, 2023**.

- Plaintiff is directed to complete document production **by Tuesday, October 31, 2023**.

- **The parties shall not issue any third-party subpoenas without first obtaining the Court's permission**.

- The parties shall file a joint status letter regarding the status of document discovery **by Friday, November 10, 2023**. In that letter, the parties are directed to attach separate charts identifying and summarizing the status of <u>every</u> live subpoena issued by the parties.

- Defendant <u>may</u> seek particular, narrow, document discovery relating to Defendant's new counterclaim <u>if such discovery is not covered by prior requests</u>. Defendant is cautioned, however, that the Court will view any broad request skeptically.

**SO ORDERED.**

Dated: October 10, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge