**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOYSUDS, LLC,

                        Plaintiff,          22-CV-3781 (DEH) (OTW)

        -against-                        **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                       Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of Defendant's letter motion to adjourn the Status Conference scheduled for Tuesday, April 09, 2024. (ECF 175). The conference is **ADJOURNED** *sine die*.

      The Court has reviewed ECF Nos. 172 and 173. It is the Court's understanding that the parties should be near the end of document discovery, and indeed Defendant contends that "document production is complete." (ECF 173). Plaintiff appears to agree it is "substantially complete[]," except for two remaining categories: (1) financial information, and (2) staffing documents. Plaintiff is directed to file a motion to compel these documents **by Friday, April 12, 2024**. In its motion to compel, Plaintiff is directed to specify which documents are outstanding. Defendant's opposition is due **Friday, April 19, 2024**. No replies.

      The Clerk of Court is respectfully directed to close ECF 175.

      **SO ORDERED.**

                                                                                     /s/ Ona T. Wang

Dated: April 4, 2024                                                    **Ona T. Wang**
      New York, New York                                 United States Magistrate Judge