**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOYSUDS, LLC,

                   Plaintiff,          22-CV-3781 (DEH) (OTW)

      -against-                   **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                   Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, November 20, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed conference agenda by **Friday, November 15, 2024**.

Document discovery in this case has closed. (*See* ECF Nos. 176 and 185). Accordingly, the parties should be prepared to discuss: what discovery has been done; what discovery, if any, remains outstanding, including the status of any remaining depositions, if any; and how the parties plan to complete that discovery, if any, in a timely manner. Given the history of contentious discovery disputes in this case, if there are any outstanding discovery disputes at this time, the parties are expected to meet and confer, and to make good faith efforts to resolve those disputes prior to submitting their agenda on November 15.

The deadline for fact discovery is **Wednesday, November 20, 2024**.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: October 11, 2024<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |