UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
JOYSUDS, LLC,
:
:
Plaintiff, : 22-cv-3781 (JPC) (OTW)
:
-against- : **ORDER**
:
N.V. LABS, INC., *d/b/a* REFORMA GROUP,
:
:
Defendant. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 20, 2024. As discussed at the conference:

- The fact discovery deadline is extended to **February 14, 2025**, without prejudice to further extensions.

- The expert discovery deadline is extended to **May 9, 2025**, without prejudice to further extensions.

The parties are further directed to file a joint status letter on the docket on the last business Friday of every month until the close of discovery. The parties' first letter will be due **December 20, 2024**.

The parties are referred to the transcript of the conference for all other rulings.

**SO ORDERED.**

Dated: November 20, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge