**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

JOYSUDS, LLC,

                Plaintiff,                22-cv-3781 (JPC) (OTW)

    -against-                **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                Defendant.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 197 and 199.

The parties, and counsel for non-party John Gimpel, are directed to meet and confer one more time. If, after meeting and conferring, Defendant still wishes to file a motion to compel Mr. Gimpel to answer questions concerning the issues identified in the parties' letters at ECF Nos. 197 and 199, the following briefing schedule will apply:

- Defendant will file a letter brief of up to three pages, single-spaced, on the docket, by **Friday, January 10, 2025**.
- Plaintiff's opposing letter brief, also limited to three pages, single-spaced, if any, is due **Friday, January 17, 2025**.
- Mr. Gimpel's opposing letter brief, also limited to three pages, single-spaced, if any, is due **Friday, January 17, 2025**.
- There shall be no replies.

The parties are directed to review my Individual Practices as well as **Fed. R. Civ. P. 26, 30, and 37(a)(5)**.

If Plaintiff or Mr. Gimpel intends to assert that the Aero settlement agreement prohibits Mr. Gimpel from answering questions at his deposition, Plaintiff is directed to submit a copy of the agreement under seal.

If no motion to compel is filed by **January 10, 2025**, the Court will consider the request for a pre-motion conference withdrawn.

Counsel for Defendant is directed to serve a copy of this order on Mr. Gimpel.

**SO ORDERED.**

Dated: December 20, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge