**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOYSUDS, LLC,

                      Plaintiff,                    22-cv-3781 (JPC) (OTW)

        -against-                    **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                      Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 200.  Accordingly:

- The deadline for fact discovery is extended to March 14, 2025.

- The deadline for expert discovery is extended to June 6, 2025.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: January 6, 2025                                  **Ona T. Wang**
       New York, New York                  United States Magistrate Judge