**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOYSUDS, LLC,

                  Plaintiff,    22-cv-3781 (DEH) (OTW)

       -against-    **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                  Defendant.

---

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 219. Accordingly:

- The deadline for fact discovery is extended to **June 15, 2025**.

- The deadline for expert discovery is extended to **August 7, 2025**.

**SO ORDERED.**

                                               *s/ Ona T. Wang*

Dated: April 29, 2025                          **Ona T. Wang**
      New York, New York               United States Magistrate Judge