**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOYSUDS, LLC,

                Plaintiff,                      22-cv-3781 (DEH) (OTW)

      -against-                              **ORDER**

N.V. LABS, INC., *d/b/a* REFORMA GROUP,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 210, 213, 216, 221, and 224.

The parties' requests for a conference are **GRANTED**. Accordingly, the Court will hold a status conference in this matter on **Tuesday, July 29, 2025, at 12:00 p.m.**, in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties should come to the conference prepared to discuss: Plaintiff's motion for sanctions (ECF 210); Plaintiff's anticipated motion to amend the complaint (ECF Nos. 213, 216); the discovery issues described in their recent joint status letters (ECF Nos. 221, 224); what discovery remains outstanding; and how the parties intend to complete that discovery in a timely fashion. The parties should **not** submit an agenda for the conference.

It is further **ORDERED** that the deadline for fact discovery is extended to **Tuesday, July 29, 2025**.

The Clerk of Court is respectfully directed to close ECF Nos. 210, 213, and 216.

SO ORDERED.

                                                    *s/ Ona T. Wang*

Dated: July 1, 2025                                **Ona T. Wang**
      New York, New York               United States Magistrate Judge